**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

QUENTIN TYRON TRAMMELL, :
:
Plaintiff, :
:
v. : CASE NO.: 7:26-CV-32 (LAG)
:
ROBERT L PATTEN PDC, *et al.*, :
:
Defendants. :
______________________________________:

**ORDER OF DISMISSAL**

Plaintiff Quentin Tyron Trammell, a prisoner currently in the McEver Detention Center in Perry, Georgia, filed a Complaint under 42 U.S.C. § 1983. (Doc. 1). He did not, however, pay the $405.00 filing fee for this case or move to proceed *in forma pauperis*. Accordingly, Plaintiff was ordered to either pay the filing fee or file a motion to proceed *in forma pauperis*. (Doc. 5). Plaintiff was given fourteen days to comply and cautioned that his failure to do so may result in the dismissal of this case. *Id.*

The time for compliance passed, and Plaintiff did not pay the filing fee, move for leave to proceed *in forma pauperis*, or otherwise respond to the Court's order. (*See* Docket). Accordingly, Plaintiff was ordered to show cause to the Court why this case should not be dismissed for failure to comply with the Court's order to pay the filing fee or move for leave to proceed *in forma pauperis*. (Doc. 7). Plaintiff was given fourteen days to respond and was cautioned that his failure to do so would likely result in the dismissal of this case. *Id.*

More than fourteen days have passed since the show cause order was entered, and Plaintiff has not responded to that order. (*See* Docket). Therefore, because Plaintiff has failed to respond to the Court's orders or otherwise prosecute this case, the Complaint is now **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing

Fed. R. Civ. P. 41(b); then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 5th day of August, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**