IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

QUENTIN TYRON TRAMMELL, *

Plaintiff, *

v. Case No. 7:26-cv-32 (LAG-AGH)

*

ROBERT L PATTEN PDC, et al., *

Defendants. *

# **JUDGMENT**

Pursuant to this Court's Order dated August 5, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 6th day of August, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk